reduce verdict to $25,000; in which event, judgment as so modified and order affirmed, without costs. Present — Scott, Laughlin, Dowling, Smith and Davis, JJ.; Laughlin, J., dissented and voted for reversal on the ground that it was error to refuse defendant's 15th request to charge. Order to be settled on notice.

SAMUEL ELBERGER, Respondent, v. CASTLE WAIST AND GARMENT COMPANY, INC., Appellant.— Judgment and order reversed as against the weight of evidence and new trial ordered, costs to appellant to abide event. Present — Scott, Laughlin, Dowling, Smith and Davis, JJ.

HARRY T. SCHACHNE, Appellant, v. FARRON S. BETTS, Respondent.— Order affirmed,· with ten dollars costs and disbursements. No opinion. Present — Scott, Laughlin, Dowling, Smith and Davis, JJ.

MARGARET TOBIN HUNT, Respondent, v. CHARLES FROHMAN, INC., Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce verdict to $100; in which event, judgment as so modified and order affirmed, without costs. No opinion. Order to be settled on notice. Present — Scott, Laughlin, Dowling, Smith and Davis, JJ.

MAX RICHTER, Respondent, v. HORN & HARDART COMPANY, INC., Appellant.— Judgment and order reversed as against the weight of evidence and new trial ordered, with costs to appellant to abide event. Present — Scott, Laughlin, Dowling, Smith and Davis, JJ.

ABRAHAM GERSHEL and Another, Doing Business under the Firm Name, etc., and Others, Respondents, v. HICKSON, INC., and Others, Appellants. — Order affirmed, with ten dollars costs and disbursements. · No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ.

LOUIS M. SIGALL, Respondent, v. CHARLES NICOLL, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ. .

FORT DEARBORN NATIONAL BANK, Respondent, v. MACARTHUR BROTHERS COMPANY and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ.

KATHRYN KAMIEN, as Administratrix, etc., Appellant, v. FREDERICK FRICK, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ.

JACQUE FARJEON, Respondent, v. YNDALECIO SANCHEZ GAVITO, Appellant.— Order modified by granting the motion on condition only that defendant within five days pay the taxable costs and disbursements of the action, with ten dollars costs of motion, and that on paying such costs defendant be given leave to answer within said time, the judgment herein to stand as security. As so modified, order affirmed, without costs. No opinion. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ.

THOMAS C. DOUGHERTY, Respondent, v. AMERICAN CLAY MACHINERY